

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-16-00582-CR & 04-16-00583-CR

Eliezer **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR4935 & 2015CR9345
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED December 7, 2016.

_____
Rebeca C. Martinez, Justice